UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Marut Panchitkaew and Family

19 CV 9686

Write the full name of each plaintiff.

____CV____
(Include case number if one has been assigned)

-against-

NY State Attorney General, FBI, USPS, PSEG, Nassau County Police Department et al, New York City Police Department et al, Nassau County, New York City, John/Jane Doe

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☒ Yes ☐ No



### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

- ☒ Federal Question
- ☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

42 U.S.C.§ 1983 CIVIL RIGHTS ACT, 28 U.S.C.§ 1331, 18 U.S.C.§ 2511, 18U.S.C.§1028(a)(7), 18U.S.C.§ 1705,

NYS PEN § 250, NYS PEN § 145.14, NYS PEN § 190.05

### B. If you checked Diversity of Citizenship

1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, __Marut Panchitkaew__, is a citizen of the State of
(Plaintiff's name)

__New York__
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, __NY State Attorney General et al__, is a citizen of the State of
(Defendant's name)

__New York__

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Marut | | Panchitkaew |
|---|---|---|
| First Name | Middle Initial | Last Name |

450 gardiners avenue
Street Address

| Levittown | Ne | 11756 |
|---|---|---|
| County, City | State | Zip Code |

| 516-996-9349 | Panday6000@gmail.com |
|---|---|
| Telephone Number | Email Address (if available) |

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

**New York State Attorney General - consumer Bureau**
First Name / Last Name

Current Job Title (or other identifying information)
**28 Liberty Street, 15th Floor**
Current Work Address (or other address where defendant may be served)
**New York,** / **NY** / **10005**
County, City / State / Zip Code

Defendant 2:

**Federal Bureau of Investigation - New York**
First Name / Last Name

Current Job Title (or other identifying information)
**26 Federal Plaza**
Current Work Address (or other address where defendant may be served)
**New York,** / **NY** / **10278**
County, City / State / Zip Code

Defendant 3:

**United States Postal Service**
First Name / Last Name

Current Job Title (or other identifying information)
**475 L'Enfant Plaza, S.W., Room 2P530**
Current Work Address (or other address where defendant may be served)
**Washington,** / **DC** / **20260**
County, City / State / Zip Code

Page 4

Defendant 5: <u>Nassau County Police Department</u>
First Name                Last Name

Current Job Title (or other identifying information)

<u>1490 Franklin Avenue</u>
Current Work Address (or other address where defendant may be served)

<u>Nassau, Mineola,</u>           <u>NY</u>              <u>11501</u>
County, City                State            Zip Code


Defendant 6: <u>New York Police Department</u>
First Name                Last Name

Current Job Title (or other identifying information)

<u>1 Plaza</u>
Current Work Address (or other address where defendant may be served)

<u>New York, New York City</u>   <u>NY</u>              <u>10038</u>
County, City                State            Zip Code


Defendant 7: <u>Nassau County</u>
First Name                Last Name

Current Job Title (or other identifying information)

<u>240 Old County Road</u>
Current Work Address (or other address where defendant may be served)

<u>Nassau, Mineola</u>            <u>NY</u>              <u>11501</u>
County, City                State            Zip Code


Defendant 8: <u>New York City</u>
First Name                Last Name

Current Job Title (or other identifying information)

<u>1 Centre Street Suite 252</u>
Current Work Address (or other address where defendant may be served)

<u>New York, New York City</u>   <u>NY</u>              <u>10007</u>
County, City                State            Zip Code

| Defendant 4: | Public Service Enterprise Group |
|---|---|
| | First Name                Last Name |

Current Job Title (or other identifying information)

80 Park Plaza

Current Work Address (or other address where defendant may be served)

| Newark, | NJ | 07102 |
|---|---|---|
| County, City | State | Zip Code |

## III. STATEMENT OF CLAIM

Place(s) of occurrence: New York

Date(s) of occurrence: 2016 - Present

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

In 2014, Plaintiff was invited by FBI to produce statement pertinent to one of Nassau County Police Department. Since then, Plaintiff never be able to live his life peacefully. Plaintiff went to file complaint with Nassau County Police Department and Nassau County Police Department - Internal Affair Respectively. Since there was no help from the said agencies, Plaintiff moved to seek help with the FBI. In an early of January of 2016, Plaintiff was visited by Nassau County Police - Internal Affair. They threatened Plaintiff of not to contact with FBI or they would throw Plaintiff into Psych Ward follow by Felony charges. Notwithstanding, Plaintiff was arrested and thrown in Psych Ward. Right after he was released from the said Confinement, Plaintiff invested with his dad's friend in Liquor Store, in the amount of $40,000. Plaintiff decided to withdraw from the investment and received the check. The check was bounced and Plaintiff requested NY-AG Consumer Affair to help with the said check. Till date, Plaintiff could only been told that if

Page 5

the said office need further detail, they will contact him. There was no further response. Plaintiff could not get a job due to his phone was ease-dropping. All of his means of communication have been compromised. He requested FBI to intervene. Nonetheless, there was no correspondence from the FBI till date. Plaintiff could never land himself an IT job as his background best suited. His mails have been tampered since 2016. USPS has never done any investigation pertain to Plaintiff's complaint. The results of unfortunated as stated above was due to the retaliation of Nassau County Police Department In addition, Plaintiff's only job; deliverying food, is at risk as NCPD and NYPD harassing Plaintiff by giving many frivolous traffic tickets to get him suspended. ( SEE ✕✕ Exhibit✕1 )

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Defendants have acted with deliberate indifference to the constitutional rights of Plaintiff. As a direct and proximate result of the acts as stated herein by each of the Defendants, the Plaintiff's constitutional rights have been violated which has caused him to suffer physical, mental and emotional injury and pain, mental anguish, suffering, humiliation and embarrassment.

Plaintiff has no adequate remedy at law and will suffer serious and irreparable harm to his constitutional rights unless Defendants are enjoined from continuing their unlawful policies, practices, and/or customs which have directly and proximately caused such constitutional abuses.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

An injunction enjoining NCPD and all Defendants from engaging in conduct to unlawfully disrupt, disperse, interfere with or prevent the lawful First Amendment activities explained of herein; Award Plaintiff compensatory damages against the NCPD and all Defendants, including, but not limited to any emotional distress, re-compensable costs related to criminal defenses, and any other compensatory damages as permitted by law and according to proof at trial; Award Plaintiff punitive damages;

Award costs of Suit pursuant to 42 U.S.C. 1920 and 1988; Award such other and further relief as this court may deem appropriate and equitable, including injunctive and declaratory relief as may be required in the interest of justice.

**FACT (Continue):**

On July 4th, 1776, United States of America declares an independence from the British Empire. The committee of Five Produced **the Constitutions that provide the protection to all US Constituents.** In actual fact, the fundamental cause of this is lawsuit was that Plaintiff and his Constitution Rights has been violated in countless occasions. He has been harassed since the end of the Year of 2014 when he was invited by Federal Bureau Of Investigation (FBI) to give information about one of Nassau County Police Department (NCPD) officials. The year that **US Constitutions and Constituents' Civil Rights still existed and under protected by the Federally Judicial Branch.** Plaintiff lost his jobs once after another with a falsely claimed notifications that he was under Police Investigation. The question is who filed the criminal charge against him, and who were the aforementioned police conducting such investigation. Moreover, how long have these investigation[s] been proceeded is questionable. Each and every activity; from applying jobs, to getting helps by the Town, County, or the State, Plaintiff had never successfully accomplished. There is in all probability that there is an unidentified police department that exploit the loop-hole within the system of law with the sole purpose of ruining against Plaintiff by having **staged complainants falsely filing just any criminal complaint against Plaintiff** resulting in him being investigated for more than five (5) years and still going – **United States v. Nassau County Police Department (E.D.N.Y. - 1977CV01881).**

1. Despite Plaintiff's financial difficulty, he still has to manage to have 2 cars. This is due to the fact that there are unidentified group of criminals often come and not only slash Plaintiff's car tires but also scratches and vandalize his vehicles. Henceforth, he has been keeping, at the very minimal, two cars just to secure his **Liability of a Transportation.**

2. Plaintiff informed FBI-Thailand office about the on-going harassment by NCPD. He was told to file a complaint with local FBI Office (FBI – NY). Once Plaintiff went to file a complaint with the aforementioned office, he was told that **he is under investigated** and hence not eligible to file any complaint. As per FBI's Unclassified FOIA; dated 06/20/2017, 4th Paragraph, line 2, Plaintiff's Complaint Information was forwarded to Nassau County District Attorney (NCDA). Notwithstanding, there was no investigation nor communication taken place since.

3. On August 12th, 2019, Plaintiff received a call pertained to a Job Offer from Google, Inc. it is the best suited job as the description of the job involved **Thai-Native** Spoken and IT background. Nonetheless, Plaintiff could never forward with this job offer. Plaintiff was afraid that he will be in jeopardy same way Plaintiff experience during his job at '**Quintiles**'; Address: 1007 Slater Rd, Durham, NC 27703 Phone: (919) 998-2888 where he was making **$55/ hour** (Contract; 1099) during 2017. His employment contract was **unjustifiably terminated** a couple months later.

4. On February of 2019, both of **Federal Honorable Judges' mails** sent to Plaintiff were **tampered.** Complaint to USPS Inspector has been filed. Notwithstanding, there was no response nor was there any investigation took place in the aforementioned incident. Plaintiff's mails have been tampered since 2014. Plaintiff has asked not only USPS Inspector but also USPS Inspector General to investigate the complaint, there was no avail in term of response.

5. Nassau County District Attorney, the entity that come with full immunity. Plaintiff and his mother have filed complaints with them. There was never be any **constructive response** given by the aforementioned office till date.

6. Plaintiff and his family have never been at peace. On or around 07/23/2018, **Nassau County Social Service's Investigator visited Plaintiff's premises scaring his mother**. The letter falsely stated that Plaintiff's mother was to believe to be in need of assistance. The harassment from this County would never end nor would Plaintiff and his family be at peace living in this highly taxed County.

7. Plaintiff's litigation in this case has never been trouble-free. Despite using other source as a mean to deliver Plaintiff's letter to Your Honor (Federal Judge Honorable Luis Bloom). Plaintiff's FedEx Mail failed to do so delivering to Your Honor. The address given to FedEx is as exacted as shown on the Federal Court Website. **FedEx informed Plaintiff that their Driver was not aware of "Eastern District of New York – Brooklyn Office"**. Hence, Plaintiff's mail was stuck at the FedEx Long Island City Port. Notwithstanding, Plaintiff gave FedEx a call stating the urgency and the artifact is meant to delivery to Honorable Federal Judge at EDNY Court. Henceforth, several days later, **Plaintiff's mail was notified that his mail was delivered to Your Honor's office.**

8. On 03/02/2019, **Plaintiff was assaulted by his neighbor, "Steven Sabat"**. Plaintiff called NCPD – 8th Precinct for help. There was no police showed up. Plaintiff then went to 8th Precinct himself to file a complaint. The NCPD Finest, at first, refused to take Plaintiff's Complaint. Plaintiff insistently requested to file with explanation of the urgency of the matter. As a result, the Supervisor of NCPD – 8th Precinct stated that Plaintiff has to wait at the prospective address and the police will show up. Two hours later, NCPD came. They declined to assist Plaintiff with the criminal offense done by his neighbor. NCPD, nonetheless, provided Plaintiff with just a simple incident report. They informed Plaintiff that they will not do anything about this assault. As a result of this assault, Plaintiff suffered an excruciated pain till date. Few months before, Plaintiff was previously broken his toe resulting in fracture adjacent to the tuft of distal phalanx (**broken toe**). Neighbor "Steven Sabat" beaten Plaintiff's foot with a showel, at the very same toe he was previously fractured.

9. After the aforementioned Neighbor's Assault, Plaintiff informed Nassau County Attorney, Ms. Ben-Sorek, for assistance. There was no response in the said regard. During the aforementioned incident, **Plaintiff was not only being assaulted but also being threated for his life**. Plaintiff has been living in this Neighborhood nearly Ten (10) years. Never once has he encountered such life-threaten incident. Plaintiff was not certain if this Neighbor shared any connection with NCPD Defendants as they are so hostile and aggressive toward Plaintiff and his family since 2014.

10. On or around 08/16/2019, Plaintiff was notified by Citibank (Plaintiff's Bank) that there was someone has filed a dispute for the transaction of "Veritext", the **Court Reporting Company** Plaintiff employed as his Deposition Service. Interestingly, the date of the aforementioned dispute was on August 15th, 2019 which is the day that Plaintiff was at the Nassau County Attorney Office whole day excelling his Deposition against the NCPD Defendants (See: EDNY 2:18CV00956). Plaintiff informed Nassau County Attorney about this matter but there was no resolution response. This unidentified group of people has violated not only Plaintiff's Rights but also The Wiretap Act, codified by 18 U.S. Code § 2511, Identity Theft and Assumption Deterrence Act codified by 18 U.S.C. §1028(a)(7), and identification fraud codified by 18 U.S.C. §1028).

11. Not only unidentified group of criminals but also **Nassau County Attorney Office's Official that involved in Plaintiff's Mailbox Tampering**. On May 15th, 2019, Plaintiff was not available for Nassau County Official to serve NCPD Defendants' Request for Production. The Official could have provided the said artifact to Plaintiff's family members; on the contrary, he dropped it in Plaintiff's Mailbox which violated Plaintiff and his family's Rights codified by 18 U.S.C. § 1705 and NYS Panel Law § 140.14; "Nobody other than USPS Mail Delivery Person allow to drop anything into one's mailbox".

12. There are Radio-Active Instruments located nearby Plaintiff's Premises. These devices not only create Health hazard but also stemming a Cancer and other relevant Illnesses. Plaintiff has informed FBI about the said issue on or around May of 2017. This Electromagnetic Field (EMF) has been disappeared since. Notwithstanding, since the inception of filing this lawsuit, on or around the beginning of 2018, this EMF harassment has been back yet again. In determination of source of said EMF, Plaintiff has requested **PSEG – Long Island, an Electric Providing Company**, to inspect Plaintiff's Premises to confirm the existence of EMF Harassment. It was **confirmed** that there is an Existence of EMF in the form of Harassment not only within Plaintiff's premises and vicinity but also from Neighbor's House[s]. Plaintiff has touched base with US Attorney General Office – Central Islip Office Agent who is a former US Army Specialist about this EMF. Nonetheless, due to their Limited Jurisdiction, not much could the said Office can do in term of assistance. This EMF not only cause Plaintiff, his Sick Mother, his Sister, and his Baby Niece to suffocate from nauseous, sleepless but also vomiting, among other sickness. As a result, Plaintiff, despite being a diabetic and hypertension, has to consume an alcohol, his mother to overly dose with sleeping medication, just to cope up with Insomnia stemming from this Harassed EMF Radiation. Till date, Plaintiff suffocates Chest Pain on a daily basis. Notwithstanding, Plaintiff seeks no Hospitalization but Federal Justification in the form of Intervention. Plaintiff's Mother suffer from reduced blood flow ("Ischemia") as a result from this EMF Harassment. Plaintiff also suffocated the similar condition. As a result, he has been self-medicated by taking 'Aspirin' as a Blood Thinner to help him through the said illness.

13. Despite PSEG well-aware of Plaintiff's premises is in danger with EMF, there was no conduct done on their part to prevent Plaintiff and his family from the said deathly radiation.

14. On 04/02/2018, Neighbor "Mr. Ewing" came to Plaintiff's House yelling at Plaintiff accusing him for performing an 'Oil Change' on the side-street, in front of his house. Mr. Ewing **tried dragging Plaintiff's Sister** who broke her foot at the time to clean the Oil Strain on the aforementioned area. Plaintiff and his family apologized and walked back to the house. Few minutes later, Plaintiff's sister saw Mr. Ewing drove by, stopped, and sped up really fast out of Plaintiff's Premises. Plaintiff had later found out that his car's **windshield was shattered.** Police were called. NCPD – 8th Precinct PO Davis stopped by. He initially **refused to produce a complaint report.** Plaintiff then request his supervisor to be on the scene of the incident. Complaint Report was finally made. Despite the fact that Plaintiff was the one calling the NCPD and it was Plaintiff's vehicle that being passively vandalized, NCPD – 8th Precinct Police Officer falsely assigned the Complainant as Plaintiff's sister. As a result, Plaintiff could never be able to obtain such report. No investigation had ever taken place. Plaintiff still has to cope up living nearby this criminal and worry each and every day as his means of transportation and the security of **his family is at risk.**

15. As per **US Department of Justice (USDOJ)\Civil Rights Division\Criminal Section** letter dated 08/01/2019, 1st Paragraph, Line 2, suggested Plaintiff to contact FBI-NY for his Civil Rights Violation[s]. Plaintiff has put a lot of efforts contacting FBI for the help. There was no response. Plaintiff was abdicated resulting in being vulnerable to all aspects of Harassments.

16. On July 17th, 2019 during the Conference Call for the Case: 2:18CV00956, there was an interference during the course. This signified that there was an unidentified group tapping his phone during the aforementioned course; the Federal Case Conference. Moreover, there was also a strangely mysterious sound produced through Plaintiff's phoneline. As Plaintiff has previously stated, his phone (cellphone and house phone) is being compromised. This indication was not the first time as **it has been taking place numerous occasions especially during Plaintiff's Job Interview.** Notwithstanding, Plaintiff did seek a help from Nassau County Attorney to confirm Plaintiff's observation. Nonetheless, there was no assistance given by the Nassau County.

17. Plaintiff and his family have been living in fear, anxious, and alert at all times. This is due to the fact that NCPD never seem to provide any assistance to Plaintiff and/or his family. This issue has been an on-going issue since 2014. In NCPD Case Summary Report, 2nd Page, Line 5, Plaintiff's premises was vandalized, his house's gutter was being damaged and removed forcefully, without a permission. This was done by Plaintiff's neighbor as they thought that the said gutter caused their house to have mold. Police were called. Nonetheless, **NCPD did no investigation nor implemented any practical procedure as** needed in their official capacity.

18. Plaintiff's all means of communication have been tampered and there was no one that could help solving this issue. On 07/11/2015, there was someone claimed to be Plaintiff forged the Notarized letter; to let NY Minute Messenger – Carrier "Sarabjit Singh" to pick up the package from USPS Levittown Office to drop it off at Plaintiff's house, which is less than a mile down the road. Interestingly, the **forged notarized letter** was from Chicago, IL while Plaintiff was in Levittown, NY at the time. Moreover, USPS Levittown Post Office Supervisor, "Mike Castellano", despite knowing that **it was a false claimed letter**, managed to release Plaintiff's package to the said messenger. The package was of "Counterfeit Gold" that Plaintiff had already canceled; Page 3-4. Plaintiff has been enduring the Mail Tampering by this USPS since 2014. Due to the fact that there was USPS employee involved, Plaintiff has forwarded his complaint to not only USPS Inspector but also USPS OIG. None of the aforementioned offices has ever taken any action in that matter.

19. After being released from the Mental Psych Ward Unit of NUMC, Plaintiff had asked his family to invest some money on Plaintiff's behalf, in becoming a partner with his Father's friend in Liquor Store, 'LI Wines and Liquor'. After just a month, Plaintiff realized that it was not for him, he notified his partner that he was no longer interested in being a partner. He was then given a check of his portion of investment, Forty Thousand Dollars ($40,000). The check was bounced – **NYS PEN § 190.05**[1]. Plaintiff went to NCDA for help as under New York State Panel Law, the bounced Check constituted a criminal violation. Plaintiff and his Mother was denied assistance and also asked to dismiss the office at once. This could be that he was under investigated by falsely accused crime, and hence NCDA refused to be part of. Notwithstanding, Plaintiff then moved to seek help from New York Attorney General (NYAG) – Bureau of Consumer Frauds & Protection. A year later, Plaintiff received the letter from the aforementioned office that Plaintiff's case was transferred to NYAG - Nassau County office. Once Plaintiff called to verify the status of the case, Plaintiff was told that **Plaintiff was criminally investigated**. As a result, NYAG would not be able to provide any help in pertinent to Plaintiff Mother's bounced check any further.

---

1. NYS PEN § 190.05 – Issuing a bad check (class B misdemeanor):

   A person is guilty of issuing a bad check when:

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 10/15/2019 | | |
|---|---|---|
| Dated | | Plaintiff's Signature |
| Marut | | Panchitkaew |
| First Name | Middle Initial | Last Name |
| 450 gardiners ave | | |
| Street Address | | |
| Nassau, Levittown | NY | 11756 |
| County, City | State | Zip Code |
| | | |
| Telephone Number | | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☒ Yes   ☐ No

 If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Exhibit 1

AB259 - 4/15

Vimon Panchitkhaew
450 Gardiners Ave
Levittown NY 11756-3703

**ASTORIA BANK**

*2214728l5*
07/27/2015
0674862130

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON (A)
NSF

Additional description:

NSF

0674862130
[2214728l5] 07/27/2015

TECH EVOLUTION INC DBA
LI WINES AND LIQUOR
OPERATING ACCOUNT
1310 HICKSVILLE ROAD
MASSAPEQUA, NY 11758

1168
1-1267/260
4715

DATE 02-11-15

PAY TO THE ORDER OF  VIMON PANCHITKHAEW   $ 40,000

FOR LOAN RETURN (Partial)

TD Bank
America's Most Convenient Bank®

⑈00⸱168⸱⸱ ⸺:0260⸱367⸱:⸺ 4282025836⸱⸱

DOLLARS

For personal assistance call: 1-800-ASTORIA (278-6742)
The following transactions were posted to your account on:

Account Number: 9001486513
TOV
07/27/2015

| Transaction Description | Amount |
|---|---|
| NG Check & Per Check Fee | $40000.00 |
| Fee | $10.00 |

Transaction Notice

M.P.
450 Gardiners Ave
Levittown NY
11756

Southern District of New York
Pro Se Intake Unit (Room 200)
500 Pearl St
New York, NY
10007



CERTIFIED MAIL
7012 0470 0002 2531 2659

U.S. POSTAGE PAID
FCM LG ENV
ISLIP TERRACE, NY
11752
OCT 15, 19
AMOUNT
$5.55
R2303S104571-13